CK. 118
Receipt 72918

FILED
U.S. BANKRUPTCY COURT

2011 APR -4 PM 3: 51

NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### AT YOUNGSTOWN

IN RE:                    )      CASE NO. 09-42038

NICHOLAS KONTOS       )
LANA KONTOS           )      JUDGE KAY WOODS

        Debtor(s)        )      DIVIDENDS LESS THAN $5.00
                    )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend

distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court,

in the amount of $4.41.

The dividend relates to the following claimants:

         Nordstrom
         FSB Colorado Service Center
         PO Box 6566
         Englewood, CO 80155        $4.41

**TOTAL:**                  $4.41

2. My Trustee's check for $4.41 payable to the Clerk of the United States Bankruptcy
Court is attached to this report and list.

DATE: March 31, 2011                  /s/ Michael D. Buzulencia
                                        MICHAEL D. BUZULENCIA
                                        Chapter 7 Trustee
                                        150 E. Market St.
                                        Suite 300
                                        Warren, OH 44481
                                        (330) 392-8551
                                        Fax no. : (330) 392-7030
                                        buzulenciatrustee@mahoningvalleylaw.com
                                        OHIO BAR REG. NO. 0015291

CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE
